Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of
Division

Case: 1:24-cv-03299
Assigned To : Unassigned
Assign. Date : 11/8/2024
Description: Pro Se Gen. Civ. (F-DECK)

Dr. Kawana Jeffer Williams
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Amazon.com Inc.
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kawana Jeffer Williams
Street Address: 3030 30th St St #301
City and County: Washington DC 20020
State and Zip Code:
Telephone Number: 240 620 1587
E-mail Address: Kawana.Williams@waldenu.edu

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

RECEIVED
NOV - 8 2024
Page 1 of 5
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name — Amazon.com Inc.
    Job or Title (if known)
    Street Address — 300 Deschutes Way SW Suite #208
    City and County — C/O CSC, Corporation Services Company
    State and Zip Code — Tumwater, WA 98501
    Telephone Number
    E-mail Address (if known) — Via Mail

Defendant No. 2
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Please see the attached claim statement

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Kawana J. Williams, is a citizen of the State of *(name)* Washington DC.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Well-Konnect Kares Foundation, is incorporated under the laws of the State of *(name)* Washington DC, and has its principal place of business in the State of *(name)* Washington DC And Maryland

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Amazon.com, is a citizen of the State of *(name)* Washington (WA). Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:



~~$700~~ 3,000,000 Mil

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see the attached Statement

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see the attache Statement

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov 8, 2024

Signature of Plaintiff: _[signed]_
Printed Name of Plaintiff: Kanarta F. Williams

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Dr. Kawana J. Williams, Plaintiff, v. Amazon, Defendant. Civil Action No. [To be assigned by the court]

**COMPLAINT FOR DAMAGES AND ARBITRATION REQUEST**

**Plaintiff: Dr. Kawana J. Williams**

**Defendant: Amazon**

**1. Introduction: a.** This is an action for damages arising from a data breach involving Amazon, which resulted in the unauthorized access and theft of personal data, leading to significant financial loss and emotional distress for the plaintiff. **b.** Plaintiff seeks relief for the damages caused by the data breach, including compensatory and punitive damages, as well as arbitration according to the End User License Agreement (EULA) and federal arbitration rules.

**2. Jurisdiction and Venue: a.** This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and the District of Columbia Code § 11-502(3). **b.** Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

**3. Parties: a.** Plaintiff, Dr. Kawana J. Williams, is a resident of Washington, District of Columbia. **b.** Defendant, Amazon, is a corporation organized under the laws of Delaware with its principal place of business in Seattle, Washington.

**4. Factual Allegations: a.** On or about [specific date], Plaintiff's personal data was compromised in a data breach involving Amazon. **b.** The data breach occurred due to Amazon's inadequate security measures and negligence, resulting in unauthorized access and theft of personal data, including [specific types of data, e.g., Social Security number, credit card information]. **c.** As a result of the data breach, Plaintiff experienced significant financial loss, emotional distress, and privacy violations. **d.** Plaintiff lost access to her Amazon account from 2020 to 2022, which was out of her control. **e.** Amazon's data security measures, as stated in their EULA, commit to implementing reasonable and appropriate measures to help secure content against accidental or unlawful loss, access, or disclosure. **f.** Plaintiff has made multiple efforts to resolve the issue with Amazon, including filing complaints and providing evidence of the cybercrimes, but has received no satisfactory resolution.

**5. Legal Claims: a. First Cause of Action: Negligence i.** Amazon had a duty to protect the personal data of its customers but failed to implement adequate security measures, resulting in the data breach. **b. Second Cause of Action: Breach of Contract i.** Amazon breached its contract with the plaintiff by failing to secure her personal data as require

d by the End User License Agreement (EULA). c. Third Cause of Action: Violation of Consumer Protection Laws i. Amazon's failure to protect customer data constitutes a violation of consumer protection laws, causing significant harm to the plaintiff.

6. Damages: a. As a direct and proximate result of Amazon's actions, Plaintiff has suffered financial loss, emotional distress, and other damages.

**PRAYER FOR RELIEF:**

WHEREFORE, Plaintiff, Dr. Kawana J. Williams, respectfully requests that this Court:

1. Award compensatory damages in the amount of $80,000,000;
2. Award punitive damages, if applicable;
3. Grant pre-judgment and post-judgment interest;
4. Award costs of suit incurred herein;
5. Order a comprehensive forensic investigation into the data breach and its impact, including an analysis of Dr. Williams' AWS and profile accounts, orders, and any computer software associated with the Amazon account;
6. Require the appearance of Amazon representatives to address the breach and security measures;
7. Grant such other and further relief as the Court may deem just and proper.

**Willingness to Arbitrate:** Plaintiff acknowledges the terms of the End User License Agreement (EULA) with Amazon and expresses her willingness to arbitrate this matter according to the EULA and federal arbitration rules.

**AMAZON Account Information:**

- Email: kawana.j.timothy19143@gmail.com
- Email: well-konnect@outlook.com

**Dated: [Date]**

**Respectfully submitted,**

**Dr. Kawana J. Williams**



**AMERICAN ARBITRATION ASSOCIATION** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

1101 Laurel Oak Road
Voorhees, NJ 08043

November 7, 2024

Kawana J. Williams
WELL-KONNECT LLC.
3030 30tth Street SE
301
Washington DC, DC 20002
Via Email to: Kawana.Williams@waldenu.edu

Amazon.com Inc.
300 Deschutes Way SW, Suite 208
MC-CSC1, Corporation Service Company
Tumwater, WA 98501
Via Mail

**Case Number: 01-24-0008-4043**

**Kawana Williams**
-vs-
**Amazon.com Inc.**

Dear Parties:

The Claimant has filed with us a Demand for Arbitration. We note that the arbitration clause provides for arbitration by the American Arbitration Association ("AAA").

Prior to the filing of this arbitration, Amazon.com Inc. failed to comply with the AAA's policies regarding consumer claims, set forth in the Consumer Due Process Protocol ("Protocol") and the Consumer Arbitration Rules ("Consumer Rules"), including the Costs of Arbitration, and/or removed themselves from the Consumer Clause Registry, which can be found on our web site, www.adr.org/clauseregistry. **Accordingly, we must decline to administer this claim and any other claims between this business and its consumers at this time.**

Please note that the AAA reviews the relevant arbitration agreement for material compliance with the Protocol and the Consumer Rules for cases proceeding under the Consumer Rules. The AAA's review is administrative; it is not an opinion on whether the arbitration agreement, the contract, or any part of the contract is legally enforceable, nor is it a determination regarding the arbitrability of the dispute.

**We have administratively closed our file and will refund any payment received by the filing party.**
According to R-1(d) of the Consumer Rules, should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

If you believe we have declined this matter in error, please email ConsumerFiling@adr.org.

If Amazon.com Inc. advises the AAA in the future of its intention to comply with the AAA's Consumer Rules and Protocol and, if applicable, resolves any outstanding payment obligations, the AAA may consider accepting newly filed consumer cases going forward at its sole discretion. Therefore, if Amazon.com Inc. wishes for the AAA to consider accepting consumer disputes going forward, Amazon.com Inc. must, at a minimum, register its clause on the Consumer Clause Registry on our website, www.adr.org/clauseregistry. Upon completion of the

registration process and confirmation from the AAA that Amazon.com Inc. is now active on the Consumer Clause Registry, Amazon.com Inc. is responsible for informing all parties to previously declined AAA matters of their updated status. For a previously declined AAA matter, the Claimant may proceed in the appropriate court per R-1(d) of the Consumer Rules. However, the AAA will administer the previously declined matter if, at the Claimant's sole discretion, the Claimant chooses to re-file their claim with the AAA. The AAA will also abide by any court order directing how the underlying arbitration should or should not proceed.

Sincerely,

Consumer Filing Team
ConsumerFiling@adr.org
Fax: (877) 304-8457

cc: