Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KAWANA WILLIAMS

        Plaintiff

   vs.                                 Civil No.     24-3299   (ABJ)

AMAZON.COM INC                Category  F

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 3/10/2025 from Judge Loren L. AliKhan to Judge Amy Berman Jackson by direction of the Calendar Committee.

(Case Related)

**JUDGE RUDOLPH CONTRERAS**
Chair, Calendar and Case Management Committee

cc:    Judge Loren L. AliKhan    & Courtroom Deputy
        Judge Amy Berman Jackson    & Courtroom Deputy
        Liaison, Calendar and Case Management Committee