AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| KAWANA JEFFER WILLIAMS | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:24-cv-03299-ABJ |
| AMAZON.COM INC | ) ) ) | **WITHOUT PREPAYMENT OF COSTS** |
| *Defendant* | | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amazon.com Inc.
300 Deschutes Way SW, Suite 208
MC-CSC1, Corporation Service Company
Tumwater, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kawana Jeffer Williams
3030 30th St. SE #301
Washington, DC 20020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 03/31/2025

/s/ Jean-Claude Douyon
*Signature of Clerk or Deputy Clerk*