**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KAWANA JEFFER WILLIAMS | 1:24-cv-03299-ABJ |
| DEFENDANT | TYPE OF PROCESS |
| AMAZON.COM INC | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Amazon.com Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 Deschutes Way SW, Suite 208, MC-CSC1, Corporation Service Company, Tumwater, WA 98501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kawana Jeffer Williams
3030 30th St. SE #301
Washington, DC 20020

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
/s/ Jean-Claude Douyon
TELEPHONE NUMBER: (202) 354-3120
DATE: 3/31/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 16
District to Serve No. 96
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 3/31/2025

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: MAY 1ST 2025
Time: 1143 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached 1 SMS Cost Sheet >>

**REMARKS**
PROCESS SERVED AT ABOVE LOCATION ON FIRST ATTEMPT.

TIME: 1 HOUR 10 MIN
MILES: 65 TOTAL
DEPUTIES: 1 TOTAL

**RECEIVED**
MAY 2 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev 03/21

AO 440b (Rev 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| KAWANA JEFFER WILLIAMS ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-03299-ABJ |
| ) | |
| AMAZON.COM INC ) | **WITHOUT PREPAYMENT OF COSTS** |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon.com Inc.
300 Deschutes Way SW, Suite 208
MC-CSC1, Corporation Service Company
Tumwater, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kawana Jeffer Williams
3030 30th St. SE #301
Washington, DC 20020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:   03/31/2025

/s/ Jean-Claude Douyon
*Signature of Clerk or Deputy Clerk*

AO 440b (Rev 12/09; DC 03 10) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-03299-ABJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  AMAZON.COM INC
was received by me on *(date)*  MAY 1st, 2025

☐ I personally served the summons on the individual at *(place)*  300 DESCHUTES WAY SW, SUITE 208 MC-CSC1, CORPORATION SERVICE COMPANY, TUMWATER, WA 98501 on *(date)*  MAY 1st 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: MAY 1st, 2025

*Server's signature*

Isaac Garcia DUSM
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: