CO-386
10/2018

# United States District Court
# For the District of Columbia

KAWANA JEFFER WILLIAMS, )
)
)
)
) Plaintiff )   Civil Action No. __1:24-cv-03299-ABJ__
vs )
AMAZON.COM, INC., )
)
)
) Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Amazon.com, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Amazon.com, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Andrew N. Cook
_____
Signature

__416199_____
BAR IDENTIFICATION NO.

Andrew N. Cook
_____
Print Name

K&L Gates, LLP, 11601 K St., N.W.
_____
Address

Washington      D.C.      20006
City            State     Zip Code

(202) 778-9106
_____
Phone Number